```
ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
TRAVIS E. CARLTON
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-05-00218 AWI |
| Plaintiff, | ) NOTICE OF SUBSTITUTION OF |
| vs. | ) ATTORNEYS AND ORDER |
| TRAVIS E. CARLTON, | ) |
| Defendant. | ) |

PLEASE TAKE NOTICE that the Defendant, TRAVIS E. CARLTON, hereby, substitutes as his attorney-of-record, ANTHONY P. CAPOZZI, Law offices of Anthony P. Capozzi, in the place of the JAMES R. HOMOLA for the above entitled case.

/ / /

/ / /

/ / /

The location and mailing address for the Law Offices of Anthony P. Capozzi is 1233 W. Shaw Avenue, Suite 102, Fresno, California, 93711-3718. Mr. Capozzi also may be contacted by telephone at (559) 221-0200, via facsimile at (559) 221-7997 or by e-mail at capozzilaw@aol.com.

Dated:    August 6, 2005

/s/   Travis   E.   Carlton
TRAVIS E. CARLTON

Dated:    August 1, 2005

/s/   Anthony   P.   Capozzi
ANTHONY P. CAPOZZI,
Attorney for the Defendant,
TRAVIS E. CARLTON

Dated:    August 9, 2005

/s/    James    Homola
JAMES R. HOMOLA

2

**ORDER**

IT IS HEREBY ORDERED THAT ANTHONY P. CAPOZZI, ESQ., BE SUBSTITUTED IN AS ATTORNEY OF RECORD FOR TRAVIS CARLTON IN PLACE OF JAMES R. HOMOLA.

The Court Clerk's office shall make note of the Substitution of Attorneys in the court file.

IT IS SO ORDERED.

**Dated:   August 10, 2005**            **/s/ Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE

3