ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
TRAVIS E. CARLTON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Case No.: CR-F-05-00218 AWI |
| )                                | |
| Plaintiff,      ) | STIPULATION FOR CONTINUANCE AND ORDER THEREIN |
| )                                | |
| vs.      )                       | |
| )                                | |
| TRAVIS E. CARLTON,      )        | |
| )                                | |
| Defendant.      )                | |

   IT IS HEREBY STIPULATED between the Defendant, TRAVIS E. CARLTON, by and through his attorney of record, ANTHONY P. CAPOZZI, and Plaintiff, by and through Assistant United States Attorney, DAVID GAPPA that the Status Conference now set for February 27, 2006, at 9:00 a.m. be continued to March 20, 2006 at 9:00 a.m.

   It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

   Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: February 23, 2006

/s/ Anthony P. Capozzi

Anthony P. Capozzi,
Attorney for Defendant,
Michael Careatti

Dated: February 23, 2006

/s/ David Gappa

David Gappa,
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Status Conference now set for February 27, 2006, is vacated and continued to March 20, 2006 at 9:00 a.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

IT IS SO ORDERED.

**Dated:   February 24, 2006**            /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE

2