ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
TRAVIS E. CARLTON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>TRAVIS E. CARLTON,<br><br>      Defendant. | Case No.: CR-F-05-00218 AWI<br><br>STIPULATION FOR CONTINUANCE AND ORDER THEREIN |

IT IS HEREBY STIPULATED between the Defendant, TRAVIS E. CARLTON, by and through his attorney of record, ANTHONY P. CAPOZZI, and Plaintiff, by and through Assistant United States Attorney, DAVID GAPPA that the Hearing now set for Monday, July 3, 2006, at 9:00 a.m. be continued to Monday, July 24, 2006 at 9:00 a.m.  It is also agreed that the Trial that was scheduled for August 8, 2006 be continued to begin on September 26, 2006 as requested by the Court.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;
2. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

                              Respectfully submitted,

Dated:  June 29, 2006

                                /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
Travis E. Carlton

Dated:  June 29, 2006

                                /s/ David Gappa
David Gappa,
Assistant U.S. Attorney

//
//

**ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Hearing now set for July 3, 3006, is vacated and continued to July 24, 2006 at 9:00 a.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).  The Trial in this matter will also be continued from August 8, 2006 to September 26, 2006.

IT IS SO ORDERED.

**Dated:    June 30, 2006**                        **/s/ Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE

..