1  ANTHONY P. CAPOZZI, CSBN 068525
   LAW OFFICES OF ANTHONY P. CAPOZZI
2  1233 W. Shaw Avenue, Suite 102
   Fresno, CA  93711
3  Telephone:  (559) 221-0200
   Fax:  (559) 221-7997
4  E-mail:  capozzilaw@aol.com

5  Attorney for Defendant,
   TRAVIS E. CARLTON
6



7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA, FRESNO

10                         * * * * *

11

12 UNITED STATES OF AMERICA,         ) Case No.: CR-F-05-00218 AWI
                                     )
13         Plaintiff,                ) STIPULATION TO MODIFY CONDITIONS
                                     ) OF RELEASE
14    vs.                            )
                                     )
15 TRAVIS E. CARLTON,                )
                                     )
16         Defendant.                )

17

18     Plaintiff, United States of America, by and through Assistant
19 United States Attorney David Gappa, and defendant, TRAVIS E.
20 CARLTON, by and through his attorney, Anthony P. Capozzi, hereby
21 stipulate that the conditions of Mr. Carlton's release be modified
22 as follows:
23     In place of a government lien on the property located at 15251
24 So. 40th Place, Phoenix, Arizona 85044, the full equity remaining
25 after the close of escrow #75-75-30771-PB, shall be sent to the
26 United States District Court, Eastern District of California located
27 at 2500 Tulare Street, Room 1501, Fresno, California  93721.
28

Stipulation to Modify
Conditions of Release

1  Accordingly, upon the close of escrow #75-75-30771-PB, the
2  United States shall release the government lien on the residence
3  located at 15251 So. 40th Place, Phoenix, Arizona 85044 and Security
4  Title Agency shall forthwith mail to the United States District
5  Court, Eastern District of California located at 2500 Tulare Street,
6  Room 1501, Fresno, California  93721, the remaining equity in said
7  residence.

9  Dated:  September 27, 2006

                                    /s/ Anthony P. Capozzi
                                    Anthony P. Capozzi,
                                    Attorney for Travis E. Carlton

Dated:  September 27, 2006

                                    /s/ David Gappa
                                    David Gappa
                                    Assistant United States Attorney


                                **ORDER**

**IT IS SO ORDERED:**

Dated:    September 28, 2006

                                    _____
                                    Honorable Anthony W. Ishii
                                    U.S. District Court Judge

- 2 -

Stipulation to Modify
Conditions of Release