Page 1
Motion to Exonerate Bond
Case No. 05-0218 AWI

ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
TRAVIS E. CARLTON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff*, <br> v. <br> TRAVIS E. CARLTON, <br> *Defendant*. | CASE NO.: CR-F-05-0218 AWI <br><br> MOTION TO EXONERATE CASH BOND <br><br> ORDER |

TRAVIS E. CARLTON, by and through his attorney, Anthony P. Capozzi, hereby requests that the following cash bond posted as collateral in the above entitled case be exonerated and conveyed to his sister as supported by the attached Declaration of Travis E. Carlton:

Dawn Cordova

86 River RoadTownsend, Montana  59644

Cash Bond in the amount of $103,475.18

/ / /

This request is made pursuant to the fact that the Defendant, TRAVIS E. CARLTON has surrendered to the custody of the United States Marshals and the United States Bureau of Prisons.

Respectfully submitted,

Dated:  July 3, 2007

/s/ Anthony P. Capozzi

Anthony P. Capozzi,
Attorney for TRAVIS E. CARLTON

## ORDER

IT IS HEREBY ORDERED, pursuant to the Motion of the Defendant that the following cash bond posted as collateral herein be exonerated and conveyed to the Defendant's sister, Dawn Cordova as per his Declaration.

Dawn Cordova

86 River RoadTownsend, Montana  59644

Cash Bond in the amount of $103,475.18

**IT IS SO ORDERED.**

**Dated:    July 6, 2007**                                /s/ Anthony W. Ishii

**UNITED STATES DISTRICT JUDGE**